UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| MOISES VILLA, <br> MAYELA JIMENEZ, <br>    Plaintiffs, <br><br>    v. <br><br> THE ZURICH SERVICES CORPORATION <br> dba ZURICH AMERICAN INSURANCE <br> COMPANY, <br><br>    Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )   No. 1:20-cv-01881-DLP-JPH <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER OF DISMISSAL

The parties, having filed their Stipulation of Dismissal and the Court being duly advised, it is therefore, **ORDERED, ADJUDGED AND DECREED** that the Plaintiffs' Complaint against the Defendant be, and the same is, hereby dismissed, with prejudice, the same being fully compromised and settled, costs paid.

So ORDERED.

Date: 7/13/2021

                 *Doris L. Pryor*
                 Doris L. Pryor
                 United States Magistrate Judge
                 Southern District of Indiana

Distribution:

Service will be made electronically
on all ECF-registered counsel of record via
email generated by the Court's ECF system.